IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH AZEMA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KEMPER CORPORATION,<br><br>　　　　　Defendant. | CASE NO. 2:23-cv-04495<br><br>DISTRICT JUDGE<br>WENDY B. VITTER<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

**UNOPPOSED MOTION TO AMEND ORDER**

NOW INTO COURT, through undersigned counsel, comes defendant, Union National Fire Insurance Company ("Union National"), erroneously named as Kemper Corporation, which moves this Court to amend and change the nature of its Order Dismissing Case (R. Doc. 13) from one without prejudice to a dismissal with prejudice. In support of its motion, Union National states as follows:

1.

On December 15, 2023, plaintiff, Elizabeth Azema ("Plaintiff"), filed her Voluntary Motion to Dismiss Without Prejudice (R. Doc. 11).

2.

On January 11, 2024, this Court issued its Order Dismissing Case (R. Doc. 13), dismissing Plaintiff's claim without prejudice.

3.

Subsequently, counsel for Union National contacted Plaintiff's counsel to confirm whether the dismissal should be with prejudice given the circumstances of the case.

#101948262v2

4.

Counsel for Plaintiff responded, informing Counsel for Union National that she has no objection, and Plaintiff will not be filing any opposition to a Motion seeking this relief.

WHEREFORE, defendant, Union National Fire Insurance Company, erroneously named as Kemper Corporation, prays that its motion be granted, and this Court enter a final judgment amending Order Dismissing Case (R. Doc. 13) to dismiss this action with prejudice.

Dated: February 6, 2024.

          Respectfully submitted,

/s/ *Trey K. Bartholomew*_____
TREY K. BARTHOLOMEW (# 39114)
Jones Walker LLP
445 North Blvd., Suite 800
Baton Rouge, Louisiana 70802
Telephone: (225) 248-2058
Facsimile: (225) 248-3158
tbartholomew@joneswalker.com

and

TYLER J. RENCH, T.A. (# 34049)
TIMOTHY P. SCANLAN, JR. (# 40039)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8623
Facsimile: (504) 589-8623
trench@joneswalker.com
timothyscanlan@joneswalker.com

*Counsel for Defendant, Kemper Corporation*